# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Fran Humphries,

    Plaintiff,

        v.                                   Case No. 1:13cv377

Commissioner of Social Security,              Judge Michael R. Barrett

    Respondent/Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 19, 2014 (Doc. 22).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 22) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 22) have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 22) of the Magistrate Judge is hereby **ADOPTED**. The decision by the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

    **IT IS SO ORDERED.**

                                             *s/Michael R. Barrett*
                                             Michael R. Barrett
                                             United States District Judge